UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.  18-10117-ADB |
| | ) | |
| BULMARO ENRIQUEZ | ) | |

### DEFENDANT'S MOTION FOR A RULE 11 HEARING

Defendant Bulmaro Enriquez, through counsel, respectfully requests that the Court schedule a Rule 11 hearing in this matter as soon as possible because he wishes to change his plea to guilty.

    Respectfully submitted,

    BULMARO ENRIQUEZ,
    by his attorney,

    */s/ Jennifer C. Pucci*
    Jennifer C. Pucci
    B.B.O. #669823
    FEDERAL PUBLIC DEFENDER OFFICE
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    617-223-8061

Certificate of Service

  I, Jennifer C. Pucci, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: June 13, 2018                */s/ Jennifer C. Pucci*
                           Jennifer C. Pucci